AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Rene TAFOLLA<br>DOB: 1979<br><br>*Defendant(s)* | Case No. M-19-1314-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 6, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A (a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved Michael Mitchell AUSA
Mike Mitchell 6-6-19

_____
Complainant's signature
Andrew Hurd, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/6/2019 - 3:59 pm

_____
Judge's signature
U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

City and state: McAllen, Texas

ATTACHMENT "A"

On October 19, 2018, Homeland Security Investigations (HSI) Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) Special Agent (SA) Joseph Baker began an internet investigation to identify persons using peer-to-peer (P2P) software on the internet to traffic in child pornography. SA Baker identified a computer, located at internet protocol (IP) address 72.180.141.53, offering to participate in the distribution of images and videos of child pornography. Several videos were reviewed as representative samples, and they met the federal definition of child pornography. Subsequent investigation revealed that IP address 72.180.141.53 was utilized from the residence located at 1612 Orange Avenue, Apartment 5, Weslaco, Texas.

On Thursday, June 6, 2019, the HSI RGV CEITF executed a residential search warrant at 1612 Orange Avenue, Apartment 5, Weslaco, Texas. The search warrant was executed without incident and resulted in the seizure of three (3) cell phones and one (1) Chromebook laptop computer.

One of the occupants of the residence, Rene TAFOLLA (DOB 05/24/1979), agreed to accompany agents to the HSI McAllen office for an interview. During a post-Miranda interview, TAFOLLA admitted to downloading, receiving and possessing child pornography frequently for approximately five (5) years. Further, TAFOLLA admitted to recently receiving and possessing child pornography on his Samsung cell phone, which he later told agents was located under his pillow in his room.

A forensic analysis showed evidence of TAFOLLA receiving child pornography from a personal contact on his Samsung cell phone. TAFOLLA admitted to downloading and receiving from child pornography from multiple individuals on the internet. TAFOLLA also stated he was aware that it is illegal to download, receive and possess child pornography.